IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

VICTORIA JONES, )
 )
    Plaintiff, )
 )
v. ) CASE NO. CV417-250
 )
ALLY FINANICAL, INC., )
 )
    Defendant. )
 )

## O R D E R

Before the Court is the parties' Joint Stipulation to Arbitrate Claims and Stay Action. (Doc. 6.) In their motion, the parties have agreed to arbitrate their claims "pursuant to the express terms of the Retail Sale Installment Contract." (Id. ¶ 2.) The parties request that this action be stayed pending the outcome of the arbitration proceeding. (Id. ¶ 3.) After careful consideration, the parties' motion is **GRANTED**. In accordance with the parties' stipulation, this case will be **STAYED** pending the conclusion of the arbitration proceeding. Each party will bear their own attorney's fees and costs. The Clerk is **DIRECTED** to **ADMINISTRATIVELY CLOSE** this case.

SO ORDERED this 23rd day of March 2018.

                                  /s/ William T. Moore, Jr.
                                  WILLIAM T. MOORE, JR.
                                  UNITED STATES DISTRICT COURT
                                  SOUTHERN DISTRICT OF GEORGIA

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2018 MAR 23 AM 11:41
CLERK
SO. DIST. OF GA