IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| VICTORIA JONES, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. CV417-250 |
| ALLY FINANCIAL, INC., | ) |
| Defendant. | ) |

**ORDER**

On March 23, 2018, this Court—at the request of the parties—stayed this action pending the conclusion of an arbitration proceeding. (Doc. 7.) At that time, the Court also directed the Clerk of Court to administratively close this action. (Id.) Now, Plaintiff has filed a Notice of Voluntary Dismissal. (Doc. 8.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Because Defendant has not filed an answer or motion for summary judgment in this case, this case is hereby **DISMISSED WITH PREJUDICE**. Each party shall bear its own fees and costs. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 2ND day of August 2018.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA